UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCHOOL BOARD OF LEE COUNTY,
FLORIDA,

     Plaintiff,

v.                                                           Case No:   2:15-cv-730-FtM-99MRM

M.P., a minor by and through his parents,
E.P. and S.P., individually and as parents
and next friends of M.P.

     Defendant.

_____/

## IDEA CASE MANAGEMENT ORDER

This action is brought pursuant to the Individuals with Disabilities Education Act ("the

IDEA"), 20 U.S.C. § 1400 *et seq*.  Pursuant to 20 U.S.C. § 1415(i)(2)(B), "[i]n any action

brought under this paragraph the court, (i) shall receive the record of the administrative

proceedings; (ii) shall hear additional evidence at the request of a party; and (iii) basing its

decision on the preponderance of the evidence, shall grant such relief as the court determines is

appropriate."  In the absence of consent by the parties to proceed before a United States

Magistrate Judge this action is referred to the United States Magistrate Judge for a report and

recommendation.

Within twenty-one (21) days from the date of this Order, regardless of the pendency of

any undecided motions, the parties shall file a Joint Case Management Report containing the

following information:

1.  A realistic schedule for the filing of the records of the administrative proceedings.

2.   A statement as to whether the parties contemplate filing a motion for leave to file
additional evidence and whether the additional evidence satisfies the requirements
as set forth in *Walker County School District v. Bennett*, 203 F.3d 1293 (11th Cir.

2000).  If the parties do not request that additional evidence be considered, then the parties shall provide dates for the filing of their findings of fact and conclusions of law.

3.  A description of any pending or contemplated motions.

4.  A statement as to whether the parties desire oral argument.

5.  A statement as to whether, pursuant to 28 U.S.C. §636(c), both parties consent to the United States Magistrate Judge conducting all proceedings in the case, including entry of final judgment, with appeal to the United States Court of Appeals for the Eleventh Circuit.  The parties are advised that they are free to withhold consent without adverse substantive consequences.  *See* Fed. R. Civ. P. 73(b).  If the parties wish to consent, they must complete the form found of the Middle District of Florida's website.

After receipt of the Joint Case Management Report, the Court will enter a Case Management and Scheduling Order.  Absent a specific showing of good cause for delay, the deadlines in the Case Management and Scheduling Order will not be extended.  If no additional evidence is presented, in accordance with the scheduling order, Plaintiff shall timely file and serve a memorandum setting forth concisely the basis of its claims, including analysis in detail and citation to the administrative record and citation of authorities in support of the Plaintiff's position to include findings of fact and conclusions of law.  Defendant shall then file and serve a memorandum including analysis of and citations to the administrative record with citation of authorities in opposition to the relief requested to include findings of fact and conclusions of law.

If requested, or on its own motion, the Court may then schedule oral argument.  In the absence of consent to disposition by a magistrate judge, the magistrate judge will prepare a Report and Recommendation as to the appropriate disposition for consideration by the district judge.

**IT IS HEREBY ORDERED:**

Within twenty-one (21) days from the date of this Order, the parties shall file a Case

Management Report to include the information required by this Order.

**DONE AND ORDERED** in Fort Myers, Florida on March 8, 2016.

_____

MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

3