UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCHOOL BOARD OF LEE COUNTY,
FLORIDA,

    Plaintiff,

v.                                      Case No:  2:15-cv-730-FtM-99MRM

M.P., a minor by and through his parents,
E.P. and S.P., individually and as parents
and next friends of M.P.,

    Defendants.
_____/

## NOTICE OF INTENT TO REQUEST REDACTION

    Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days with the Clerk of Court for the transcript of the Motion Hearing held on, 14 July 2016, before Judge Mac R. McCoy.

                                      /s John S Sommer
                                      Attorney for Defendants
                                      Florida Bar Number: 0862126
                                      Trail and Sommer Legal Services, PA
                                      PO Box 62279
                                      Fort Myers, Florida 33906-2279
                                      (239) 244-1817
                                      (239) 322-5427 (facsimile)
                                      jsommer@tslspa.com

Date: 4 October 2016

## CERTIFICATE OF SERVICE

    I hereby certify that on 4 October 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Pendley, Attorney for Plaintiff; School Board of Lee County; Resolutions in Special Education, Inc., 10661 Airport Pulling Rd N Ste 13, Naples, FL 34109-7311; Email: KWPEsq@aol.com.

                                      /s John S Sommer